Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCOTT V. ANDERSON )<br>　　　　Plaintiff, )<br>　　　　　　　　 )<br>vs. 　　　　　　　 )<br>　　　　　　　　 )　Case No. 23-3230-JWL<br>　　　　　　　　 )<br>　　　　　　　　 )<br>JEFF ZMUDA, et al. )<br>　　　　Defendants. )<br>_____ ) | |

## MOTION FOR EXTENSION OF TIME TO FILE *MARTINEZ* REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Laine C. Barnard, and moves this Court for an order extending the time to file the *Martinez* Report ordered by the Court in this matter.  In support of this motion, KDOC states as follows:

1. The Court ordered the Kansas Department of Corrections (KDOC) to submit a *Martinez* Report by January 2, 2024, to assist the Court in the proper processing of Plaintiff's claim.

2. Plaintiff's claims involve classification decisions involving two KDOC facilities, the El Dorado Correctional facility and the Winfield Correctional facility.  Each facility has its

own classification staff.  Plaintiff's claims also involve a Prison Rape Elimination Act (PREA) claim.  Due to the sensitive nature of PREA records, time consuming efforts were necessary to identify and access the records.

3. Preparation of the *Martinez* report requires the coordination of staff at two facilities which was made difficult due to the holiday season.

4. Counsel is requesting a sixty-day extension to March 4, 2024, to complete the *Martinez* report in this matter. The interest of justice will be served by granting this extension in that counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

5. Counsel has not consulted with plaintiff *pro se* before filing this motion.

**WHEREFORE**, KDOC respectfully requests a sixty (60) extension, or until March 4, 2024, to file the *Martinez* report ordered in this cause.

*/s Laine C. Barnard*
Laine C. Barnard, #19467
Legal Counsel
Department of Corrections
714 SW Jackson #300
Topeka, Kansas  66603
(785) 600-0698
Laine.Barnard@ks.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of January 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

      I hereby certify that a true and correct copy of the foregoing was sent via intra facility mail on this 2nd day of January 2024 to:

Scott Anderson, #119569
EDCF
P.O. Box 311
El Dorado, Kansas  67042

                                       */s Laine C. Barnard*
                                       Laine C. Barnard, SC #19467