IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT V. ANDERSON,

    **Plaintiff,**

    v.                                                      CASE NO. 23-3230-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Interested Party Kansas Department of Corrections' (KDOC) first motion for extension of time (Doc. 10) in which to file the *Martinez* report ordered by this Court on November 2, 2023 (*see* Doc. 7). The motion will be granted. No further extensions of time will be granted absent exceptional circumstances.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for extension of time to file the *Martinez* report (Doc. 10) is **granted.** The *Martinez* report shall be filed on or before March 4, 2024. Plaintiff is granted to and including April 4, 2024 to file a reply to the *Martinez* report.

**IT IS SO ORDERED**.

Dated January 2, 2024, in Kansas City, Kansas.

                                                                         S/ John W. Lungstrum
                                                                        JOHN W. LUNGSTRUM
                                                                         UNITED STATES DISTRICT JUDGE