Default Judgement                                              Jan 4th 2024

Scott V. Anderson

v.                                    Case No 23-3230-JWL

Jeff Zmuda ET AL

On Nov 2, 2023 Judge John W. Lungstrum ordered a memoradum for KDOC to submit a Martinez Report no later than Jan 2, 2024. I have not recieved any updated motions or extentions by KDOC and Defendants and it now Jan 4, 2024 I Scott V. Anderson as for the Judge and clerk to enter a Judgement by Default and for KDOC to comply with dates and orders by the Judge or be held incemptemt of court if violated.

                                            Scott Anderson