IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT V. ANDERSON,

    Plaintiff,

    v.                                                 CASE NO. 23-3230-JWL

JEFF ZMUDA, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on Interested Party Kansas Department of Corrections' second motion for extension of time (Doc. 14) in which to file the *Martinez* report ordered by this Court on November 2, 2023 (*see* Doc. 7). The motion will be granted. No further extensions of time will be granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for extension of time to file the *Martinez* report (Doc. 14) is **granted.** No further extensions will be granted. The *Martinez* report shall be filed on or before May 3, 2024. Plaintiff is granted to and including June 3, 2024 to file a reply to the *Martinez* report.

**IT IS SO ORDERED**.

Dated March 4, 2024, in Kansas City, Kansas.

                                                            S/ Julie A. Robinson
                                                            HONORABLE JULIE A. ROBINSON
                                                            UNITED STATES DISTRICT JUDGE